noninfringement and *remand* for appropriate disposition.

ROCKWELL SOFTWARE, INC. and
Allen–Bradley Company, LLC,
Plaintiffs–Appellants,

v.

SOLAIA TECHNOLOGY LLC,
Defendant–Appellee.

No. 02–1337.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 17, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Thomas HEINL, Plaintiff–Appellant,**

v.

**Nicholas P. GODICI, Acting Undersecretary of Commerce for Intellectual Property and Acting Director, Patent and Trademark Office, Defendant–Appellee.**

No. 01–1564.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 17, 2002.

*ORDER*

Upon consideration of Thomas Heinl's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**James A. TIMES, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 02–3232.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 19, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for reviewbe, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James J. LASTRAGLIO, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 02–3225.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 19, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Richard J. HODNETT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 02–3212.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 19, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for reviewbe, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

